# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**IVIE GABRIELLE SLOCUMB,**
Appellant,

v.

**ACE INSURANCE COMPANY OF THE MIDWEST** a/s/o **WYATT I. KOCH,**
Appellee.

No. 4D19-1013

[September 12, 2019]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie Rowe, Judge; L.T. Case No. 2018CA004785.

Thomas L. Powell of The Powell Law Firm, Tallahassee, for appellant.

Shawn R. Horwick and Craig M. Greene of Kramer, Green, Zuckerman, Greene & Buchsbaum, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH, KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***